IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Woods, Leon

Printed: 02/24/09

Case Number: 08 B 16022
Judge: Wedoff, Eugene R
Filed: 6/21/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 18, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,063.47 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 1,063.47 |
| Totals: | 1,063.47 | 1,063.47 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | United Auto Credit | Secured | 0.00 | 0.00 |
| 2. | Wisconsin Dept Of Child Support | Priority | 2,691.30 | 0.00 |
| 3. | Illinois Dept Of Healthcare And Family | Priority | 5,879.39 | 0.00 |
| 4. | Illinois Dept Of Healthcare And Family | Priority | 6,245.48 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 925.50 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 38.31 | 0.00 |
| 7. | Cavalry Portfolio Services | Unsecured | 1,579.56 | 0.00 |
| 8. | AFNI | Unsecured |  | No Claim Filed |
| 9. | OSI Collection Svc Inc | Unsecured |  | No Claim Filed |
| 10. | NCO Financial Services Inc | Unsecured |  | No Claim Filed |
| 11. | Cross Country Bank | Unsecured |  | No Claim Filed |
|  |  |  | $ 17,359.54 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Woods, Leon | Case Number:  08 B 16022 |
| | Judge:  Wedoff, Eugene R |
| Printed: 02/24/09 | Filed:  6/21/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*